**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JEAN-PIERRE RONET,**
      **Plaintiff,**

**-vs-**                **Case No.  6:08-cv-1748-Orl-31KRS**

**CLERK OF THE THIRTEENTH**
**JUDICIAL CIRCUIT COURT IN AND**
**FOR HILLSBOROUGH COUNTY,**
      **Defendant.**
_____

## ORDER

This cause comes before the Court on a Motion for Leave to Proceed *in Forma Pauperis* (Doc. No. 2) filed October 9, 2008.

On November 10, 2008, the United States Magistrate Judge issued a report (Doc. No. 7) recommending that the motion be denied. No objections have been filed.  Therefore, it is

**ORDERED** as follows:

1.  The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.  The Motion for Leave to Proceed *in Forma Pauperis* is **DENIED** without prejudice.

3.  The Complaint is DISMISSED without prejudice.  The Plaintiff shall have 11 days from the date of this order to file an amended complaint regarding solely the May 6, 2006 complaint that he allegedly mailed to the Hillsborough County Clerk of Court.  Any such amended

complaint shall be accompanied by either the filing fee or an amended application for pauper status.

    4.    Upon receipt of an amended complaint, the Clerk is directed to transfer this case to the United States District Court, Tampa Division.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 2nd day of December, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

                                    GREGORY A. PRESNELL
                                UNITED STATES DISTRICT JUDGE